Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
JAMES SHAYLER

Martin H. Orlick (Bar No. 083908)
Stuart K. Tubis (Bar No. 278278)
**JEFFER MANGELS BUTLER & MITCHELL LLP**
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080/ Facsimile: (415) 398-5584
skt@jmbm.com
morlick@jmbm.com

Attorneys for Defendant:
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a Foreign corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00865-PSG-AFM<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 29, 2021<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES SHAYLER, and Defendant, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION., (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: March 19, 2021                    **MANNING LAW, APC**

                                         By:   /s/ Joseph R. Manning, Jr. Esq.
                                               Joseph R. Manning, Jr., Esq.
                                               Attorneys for Plaintiff,
                                               James Shayler

Dated: March 19, 2021                    **JEFFER MANGELS BUTLER & MITCHELL LLP**

                                         By:   /s/ Stuart K. Tubis
                                               Stuart K. Tubis
                                               Attorney for Defendant,
                                               Jpmorgan Chase Bank, National Association

## CERTIFICATE OF SERVICE

I certify that on March 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                         Respectfully submitted,

Dated: March 19, 2021                    **MANNING LAW, APC**

                                         By:   /s/ Joseph R. Manning, Jr. Esq.
                                               Joseph R. Manning, Jr., Esq.
                                               Attorneys for Plaintiff

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: March 19, 2021             **MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
James Shayler