| | |
|---|---|
| 1 | Joseph R. Manning, Jr. (SBN 223381) |
| 2 | DisabilityRights@manninglawoffice.com |
|   | **MANNING LAW, APC** |
| 3 | 20062 SW Birch Street, Suite 200 |
|   | Newport Beach, CA 92660 |
| 4 | Tel: 949.200.8755 / Fax: 866.843.8308 |
| 5 | Attorneys for Plaintiff: |
| 6 | JAMES SHAYLER |
| 7 | |
| 8 | Martin H. Orlick (Bar No. 083908) |
|   | Stuart K. Tubis (Bar No. 278278) |
| 9 | skt@jmbm.com |
|   | morlick@jmbm.com |
| 10 | **JEFFER MANGELS BUTLER & MITCHELL LLP** |
| 11 | Two Embarcadero Center, 5th Floor |
|    | San Francisco, California 94111-3813 |
| 12 | Telephone: (415) 398-8080/ Facsimile: (415) 398-5584 |
| 13 | |
| 14 | Attorneys for Defendant: |
|    | JPMORGAN CHASE BANK, N.A. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual, | Case No.: 2:21-cv-00865-PSG-AFM |
| | Hon. Philip S. Gutierrez |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a Foreign corporation; and DOES 1-10, inclusive, | Complaint Filed: January 29, 2021 |
| | Trial Date: None |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES SHAYLER ("Plaintiff") and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 28, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
　　Joseph R. Manning, Jr.
　　Attorney for Plaintiff
　　James Shayler

DATED: April 28, 2021

**JEFFER MANGELS BUTLER & MITCHELL LLP**

By: /s/ Stuart K. Tubis
　　Stuart K. Tubis
　　Attorneys for Defendant
　　Jpmorgan Chase Bank, National Association

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 28, 2021　　　By: /s/ *Joseph R. Manning, Jr.*

1
JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE