FILED
CLERK, U.S. DISTRICT COURT
4/29/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

link 19; case already closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a Foreign corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00865-PSG-AFM<br><br>[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and JPMorgan Chase Bank, National Association, ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 4/29/21

_____
UNITED STATES DISTRICT JUDGE